**George W. Farley, appellee, v. James H. Lanham et al., appellants. Gen. No. 8,183.**

Opinion filed May 2, 1928. Rehearing denied June 18, 1928.

L. E. Stone, for appellants. Michael Eckstein and John G. Friedmeyer, for appellee.

Mr. Presiding Justice Shurtleff delivered the opinion of the court.

**Irene Seeders Clary, appellee, v. William G. Fair, appellant. Gen. No. 8,194.**

Opinion filed May 2, 1928.

Hunter, Kavanagh & McLaughlin and Smith & Smith, for appellant. Jesse Black, Jr., for appellee.

Mr. Presiding Justice Shurtleff delivered the opinion of the court.

**Benjamin F. Trimble and St. Aloysius Orphan Society of Quincy, Illinois, appellees, v. Spurgeon Marney et al., appellants. Gen. No. 8,200.**

Opinion filed May 2, 1928.

Roy D. Johnson, for appellants. Wilson & Schmeideskamp, for appellees.

Mr. Presiding Justice Shurtleff delivered the opinion of the court.

**Bertha E. Berghofer, appellant, v. Junette Berghofer et al., appellees. Gen. No. 8,216.**

Opinion filed May 2, 1928.

John E. Wall, for appellant. W. Emery Lancaster and Cowgill & Dopham, for appellees.

Mr. Presiding Justice Shurtleff delivered the opinion of the court.